BRUCE CAHN *v.* FLORENCE CAHN

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 720, is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the mere filing of a motion for protective order by a non-deponent is a sufficient basis to exclude deposition testimony from evidence because the deposition was taken before the motion was heard?"

*C. Ian McLachlan,* in support of the petition.

*Sheldon A. Rosenbaum,* in opposition.

Decided April 8, 1992